UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                                              CRIMINAL ACTION NO. 3:24CR-63-CHB

ROGER BAILEY                                                          DEFENDANT

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Judge for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Erwin Roberts, Assistant United States Attorney. The hearing was digitally recorded. The defendant, Roger Bailey by consent with Maureen Sullivan and Larry Simon, retained counsel, appeared in open court on September 27, 2024, and entered a plea of guilty to Counts 1-3 of the Superseding Indictment pursuant to a Rule 11(c)(1)(C) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary as to Counts 1-3 of the Superseding Indictment and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommends that the plea of guilty be accepted, and that the defendant be adjudged guilty as to Count 1-3 in the Superseding Indictment and have sentence imposed accordingly.

**The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 59(b)(2), or waive the opportunity to do so.**

Sentencing is scheduled for **January 9, 2025, at 1:30 p.m**. before the Honorable Claria Horn Boom, United States District Judge.

**IT IS HEREBY ORDERED** that the defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

October 2, 2024

Colin H Lindsay, Magistrate Judge
United States District Court

:50